# Exhibit B

Form I-485, Application to Register Permanent Resident or Adjust Status

*United States v. Benjamin Filiberto Paz* (D. Md.)
COMPLAINT TO REVOKE NATURALIZATION

OMB No. 1115-0053

U.S. Department of Justice
Immigration and Naturalization Service

**Form I-485, Application to Register Permanent Resident or Adjust Status**

START HERE - Please Type or Print

### Part 1. Information About You.

Family Name: PAZ
Given Name: Benjamin
Middle Initial: Filiberto

Address - C/O:

Street Number and Name: ▮▮▮▮▮ Place
Apt. #:

City: Montgomery Village
State: MD
Zip Code: 20886

Date of Birth (month/day/year): ▮▮/▮▮/63
Country of Birth: Mexico

Social Security #: ▮▮▮▮▮▮▮▮▮
A # (if any): ▮▮▮▮▮927

Date of Last Arrival (month/day/year): 11/22/94
I-94 #:

Current INS Status: EWI
Expires on (month/day/year):

NRC1204724049  12/7/01

### Part 2. Application Type. (check one)

I am applying for an adjustment to permanent resident status because:

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☒ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: (Check one)

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.
j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

RECEIVED
DEC -3 AM 7:12
INS-JDC
ST ALBANS, VT 54919-001

**FOR INS USE ONLY**

Returned:
Receipt: 12/14/2001  EAC-02-063-50919  EACDMP01

Resubmitted:

Reloc Sent:

Reloc Rec'd:

Applicant Interviewed: 9-19-02  EA2

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 2 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**
Mexico

**Eligibility Under Sec. 245**
Approved Visa Petition
Dependent of Principal Alien
Special Immigrant
Other _____

Preference: E39  12-13-99

**Action Block**
APPROVED
NOV 1 2 2003
Elizabeth A. ▮▮▮▮

**To be Completed by Attorney or Representative, if any**
☐ Fill in box if G-28 is attached to represent the applicant.
VOLAG#

ATTY State License #

## Part 3. Processing Information.

| A. City/Town/Village of Birth | Current Occupation |
|---|---|
| Oaxaca | Cleaning/Home Imp. |
| Your Mother's First Name: Dolores *Mercedes* | Your Father's First Name: Gildardo |

Give your name exactly how it appears on your Arrival /Departure Record (Form I-94)

| Place of Last Entry Into the U.S. (City/State) | In what status did you last enter? *(Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
|---|---|
| San Diego, CA | (EWI) |
| Were you inspected by a U.S. Immigration Officer? ☐ Yes [X] No | |
| Nonimmigrant Visa Number | Consulate Where Visa Was Issued |
| Date Visa Was Issued (month/day/year) | Sex: [X] Male ☐ Female | Marital Status: [X] Married ☐ Single ☐ Divorced ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.? [X] No ☐ Yes  If you checked "Yes," give date and place of filing and final disposition.

B. List your present husband/wife and all your sons and daughters. (If you have none, write "none."  If additional space is needed, use a separate piece of paper.)

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| Country of Birth: La Paz, Bolivia | Relationship: Spouse | A# | Applying with You? [X] Yes ☐ No |
| PAZ | ▓▓▓ | ▓ | ▓▓▓ |
| Country of Birth: USA | Relationship: Daughter | A# | Applying with You? ☐ Yes [X] No |
| PAZ | ▓▓▓ | ▓ | ▓▓▓ |
| Country of Birth: USA | Relationship: Daughter | A# | Applying with You? ☐ Yes [X] No |
| PAZ | ▓▓▓ | ▓ | ▓▓▓ |
| Country of Birth: ~~Mexico~~ USA | Relationship: ~~Daughter~~ Son | A# | Applying with You? ☐ Yes [X] No |
| | | | |
| Country of Birth | Relationship | A# | Applying with You? ☐ Yes ☐ No   Continued attachme |

C. List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of the organization(s), location(s), dates of membership from and to, and the nature of the organization (s). If additional space is needed, use a separate piece of paper.

None

## Part 3.   Processing Information. *(Continued)*

Please answer the following questions. (If your answer is **"Yes"** to any one of these questions, explain on a separate piece of paper. Answering **"Yes"** does not necessarily mean that you are not entitled to adjust your status or register for permanent residence.)

1. Have you ever, in or outside the U. S.:
    a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?  ☐ Yes  ☒ No
    b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?  *IJ granted VD in Nov 1994   applicant states had he was never arrested by the police (see supplement statement)*  ☒ Yes  ☐ No
    c. been the beneficiary of pardon, amnesty, rehabilitation decree, other act of clemency or similar action?  ☐ Yes  ☒ No
    d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U. S.?  ☐ Yes  ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?  ☐ Yes  ☒ No

3. Have you ever:
    a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?  ☐ Yes  ☒ No
    b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?  ☐ Yes  ☒ No
    c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?  ☐ Yes  ☒ No
    d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?  ☐ Yes  ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity?  ☐ Yes  ☒ No

5. Do you intend to engage in the U.S. in:
    a. espionage?  ☐ Yes  ☒ No
    b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means?  ☐ Yes  ☒ No
    c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?  ☐ Yes  ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?  ☐ Yes  ☒ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?  ☐ Yes  ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin or political opinion?  ☐ Yes  ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?  *Granted VD in Nov 94*  ☐ Yes  ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S. or any immigration benefit?  ☐ Yes  ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver?  ☐ Yes  ☒ No

13. Are you now withholding custody of a U.S. citizen child outside the U.S. from a person granted custody of the child?  ☐ Yes  ☒ No

14. Do you plan to practice polygamy in the U.S.?  ☐ Yes  ☒ No

## Part 4. Signature. *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration.** The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System: I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *[signature]* | Benjamin F PAZ | 11/26/01 | ( ) *[redacted]* |

**Please Note:** If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this application may be denied.

## Part 5. Signature of Person Preparing Form, If Other Than Above. *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *[signature]* | Celia E. Rivas, LLM | 11/26/2001 | (301) 417-9113 |

**Firm Name and Address** Spanish Catholic Center
117 N. Frederick Avenue, Gaithersburg, MD 20877

*[handwritten in red: EA2 9-19-02]*

Form I-485 (Rev. 02/07/00)N Page 4

# Attachment to Form I-485
# Application to Register Permanent Resident or Adjust Status

Part 3. Processing Information (Question 1(b))

I was cited by the Immigration Court under deportation proceedings and was granted Voluntary Departure.