# Exhibit D

Form N-550, Certificate of Naturalization

*United States v. Benjamin Filiberto Paz* (D. Md.)
COMPLAINT TO REVOKE NATURALIZATION

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION

No. 36996524



*Personal description of holder as of date of naturalization:*

Date of birth: ███████ 1963

Sex: **MALE**

Height: **5** feet **6** inches

Marital status: **MARRIED**

Country of former nationality: **MEXICO**



USCIS Registration No. A███████112 

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

_____
(Complete and true signature of holder)

*Be it known that, pursuant to an application filed with the Secretary of Homeland Security*

at: **BALTIMORE, MARYLAND**

*The Secretary having found that:*

**BENJAMIN FILIBERTO PAZ**

residing at: **MONTGOMERY VILLAGE, MARYLAND**

*having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by*

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**

at: **BALTIMORE, MARYLAND** on: **JANUARY 24, 2015**

*such person is admitted as a citizen of the United States of America.*



_____
*U. S. Citizenship and Immigration Services*

OFFICIAL COPY

ALTERATION OR MISUSE OF THIS DOCUMENT IS A FEDERAL OFFENSE AND PUNISHABLE BY LAW

**DEPARTMENT OF HOMELAND SECURITY**

BUREAU OF ENGRAVING AND PRINTING

FORM N-550 (REV. 10/12)