IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | Case No. 8:23-cv-2801 |
| vs. | * | |
| BENJAMIN FILIBERTO PAZ, | * | |
| Defendant. | * | |
| | ******* | |

## SUMMONS IN A CIVIL ACTION TO REVOKE NATURALIZATION

TO:   Benjamin Filiberto Paz (Register No. 83445-007)
      Federal Correctional Institution Fort Dix
      PO Box 2000
      Joint Base MDL, NJ 08640

A lawsuit has been filed against you.

Under 8 U.S.C. § 1451(b), within 60 days after service of this summons on you (not counting the day you received it), you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Plaintiff's attorney, whose name and address are as follows:

Christopher W. Hollis
U.S. Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
Enforcement Unit
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

If you fail to respond, Plaintiff may move the Court for judgment against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: _____          CLERK OF COURT

                                      _____
                                      *Signature of Clerk or Deputy Clerk*