IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * Case No. 8:23-cv-02801-DLB |
| vs. | * |
| BENJAMIN FILIBERTO PAZ, | * |
| Defendant. | * |

*******

## JOINT STATUS REPORT

Pursuant to this Court's January 28, 2025 Letter Order, ECF No. 23, the parties submit this Joint Status Report addressing the following issues the Court identified.

(1) <u>Any changes to the dates in the proposed scheduling order</u>

Defendant remains incarcerated, which could pose scheduling challenges to coordinating written discovery responses and deposing him. Although the parties agree that any potential challenges will not be insurmountable, the parties also agree that it makes sense to account for potential scheduling challenges in the Court's scheduling order. The parties accordingly propose the following deadlines that amend those the Court provided in its Proposed Scheduling Order, ECF 23-1:

> February 18, 2025: Moving for joinder of additional parties and amendment of pleadings
> May 6, 2025: Plaintiff's Rule 26(a)(2) disclosures
> June 3, 2025: Defendant's Rule 26(a)(2) disclosures
> June 17, 2025: Plaintiff's rebuttal Rule 26(a)(2) disclosures
> June 24, 2025: Rule 26(e)(2) supplementation of disclosures and responses
> September 15, 2025: Discovery deadline; submission of status report
> September 22, 2025: Requests for admission
> October 13, 2025: Dispositive pretrial motions deadline

(2)  <u>Any changes to the proposed number of deposition hours</u>

The parties jointly request that this Court allow 30 hours of depositions of fact witness (including parties), rather than the 15 hours provided in Section III of the Letter Order.

(3)  <u>Whether the parties would like to defer expert discovery until after summary judgment motions are resolved</u>

The parties believe it makes sense to *not* defer expert discovery until after summary judgment motions are resolved but to instead conduct expert discovery, if needed, in the regular course of discovery and prior to summary judgment resolution.

(4)  <u>Whether discovery of electronically stored information may be necessary, and if so, counsel should review before the conference the Principles for the Discovery of Electronically Stored Information in Civil Cases, which is available on the Court's website</u>

The parties do not believe that discovery of electronically stored information will be necessary and thus jointly agree that, where possible, document production shall be in PDF format.

(5)  <u>Whether you would like to participate in a settlement conference before or after the completion of discovery and, if you would like an early settlement conference, whether you believe discovery should be stayed pending the conference</u>

At this time, the parties do not view this matter, in which the government seeks the revocation of Defendant's naturalized citizenship, as one that would benefit from a settlement conference.

(6)  <u>Whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings</u>

The parties do not unanimously consent to proceed before a U.S. Magistrate Judge for all proceedings.

| | |
|---|---|
| Dated: February 6, 2025 | Respectfully submitted, |
| /s/ *Christopher W. Dempsey* <br> CHRISTOPHER W. DEMPSEY, ESQ. <br> Dempsey Law, PLLC <br> 50 N. Laura St., Ste. 2500 <br> Jacksonville, Florida 32202 <br> (904) 760-6272 <br> chris@cdempseylaw.com <br><br> *Counsel for Defendant* | BRETT A. SHUMATE <br> Acting Assistant Attorney General <br> Civil Division <br><br> JENNIFER J. KEENEY <br> Associate Director <br> Office of Immigration Litigation <br> General Litigation & Appeals Section <br><br> JOHN J. W. INKELES <br> Chief <br> Affirmative Litigation Unit <br><br> J. MAX WEINTRAUB <br> Senior Litigation Counsel <br> Affirmative Litigation Unit <br><br> By:  /s/ *Christopher W. Hollis* <br> CHRISTOPHER W. HOLLIS <br> Trial Attorney, IL 6283101 <br> United States Department of Justice <br> Office of Immigration Litigation <br> General Litigation & Appeals Section <br> Affirmative Litigation Unit <br> P.O. Box 878, Ben Franklin Station <br> Washington, DC 20044 <br> Tel.: (202) 305-0899; Fax: (202) 616-8962 <br> christopher.hollis@usdoj.gov <br><br> *Counsel for Plaintiff* |