**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**BENJAMIN FILIBERTO PAZ,**

Defendant.

Case No. 8:23-cv-02801-DLB

# MOTION TO WITHDRAW

COMES NOW Christopher W. Dempsey, Esq., pursuant to Local Rule 101(2)(a) of the United States District Court for the District of Maryland ("Local Rule"), undersigned counsel respectfully moves for leave to withdraw as counsel of record for Benjamin Filiberto Paz ("Defendant Paz"), and in support respectfully states as follows:

1. Undersigned counsel has represented Defendant Paz in this action since entry of his appearance on December 1, 2023 (Dkt. No. 4).

2. Irreconcilable differences have arisen between undersigned counsel and Defendant Paz that preclude undersigned counsel from continuing to represent Defendant Paz.

3. Permitting undersigned counsel to withdraw is in the interest of justice and will not unduly delay this matter. This request is made in good faith and will not prejudice any party or delay the proceedings.

4. Undersigned counsel respectfully suggests that the Court stay any deadlines in this action for thirty (30) days from date of entry of its Order granting leave for undersigned counsel to withdraw in order to permit Defendant Paz sufficient time to retain new legal counsel.

**CERTIFICATE OF COMPLIANCE**
*Per Local Rule 101(2)(a)*

In accordance with Local Rule 101(2)(a), undersigned counsel hereby certifies the following: (a) the name and last known address of the client is Benjamin Filiberto Paz, FCI Fort Dix, 5756 Hartford & Pointville Road, Joint Base MDL, NJ 08640; and (b) Defendant Paz was advised in writing of undersigned counsel's proposed withdrawal and the requirement that Defendant Paz obtain substitute counsel or notify the Clerk of Court in writing that he intends to proceed *pro se* which correspondence was mailed to Defendant Paz via First-Class U.S. Mail, Postage Prepaid on May 6, 2025, with copy to his spouse via electronic mail on same date.

* * *

WHEREFORE, in accordance with Local Rule 101(2)(a), undersigned counsel respectfully requests the Court enter an Order granting leave to withdraw as counsel for record for Defendant in this action and relieving undersigned counsel and the law firm of Dempsey Law, PLLC from any further responsibility in this case as counsel for Defendant.

Dated: May 13, 2025

Respectfully submitted,

*/s/ Christopher W. Dempsey*

CHRISTOPHER W. DEMPSEY
DEMPSEY LAW, PLLC
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
Tele: (904) 760-6272
Fax: (904) 587-0372
Email: chris@cdempseylaw.com
Web: www.cdempseylaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2025, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

/s/ Christopher W. Dempsey
CHRISTOPHER W. DEMPSEY
*Counsel for Defendant*