IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | Case No. 8:23-cv-02801-DLB |
| vs. | * | |
| BENJAMIN FILIBERTO PAZ, | * | |
| Defendant. | * | |

*******

**MOTION FOR STAY OF ENTIRE CASE
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of all proceedings and deadlines in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the majority of other Executive agencies are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of this entire case, including all proceedings and deadlines, until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The United States requests that, at

that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.  Counsel for Defendant has authorized counsel for the United States to state that Defendant has no objection to this motion.

Therefore, although the United States greatly regrets any disruption caused to the Court and the other litigants, the United States hereby moves for a stay of this entire case, including all proceedings and deadlines, until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated:  October 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JENNIFER J. KEENEY
Associate Director
Office of Immigration Litigation
General Litigation & Appeals Section

JOHN J. W. INKELES
Chief, Affirmative Litigation Unit

J. MAX WEINTRAUB
Senior Litigation Counsel

By:  /s/ Christopher W. Hollis
CHRISTOPHER W. HOLLIS
Trial Attorney, IL6283101
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation & Appeals Section
Affirmative Litigation Unit
P.O. Box 878 Ben Franklin Station
Washington, D.C. 20044
(202) 305-0899
christopher.hollis@usdoj.gov

*Attorneys for the United States of America*