**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>*Plaintiff*<br>**v.**<br>**BENJAMIN FILIBERTO PAZ,**<br>*Defendant* | **Case No. 8:23-cv-2801** |

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel, Kevin Hirst, respectfully moves this Court for leave to withdraw as counsel for Defendant, Benjamin Filiberto Paz. On Friday, November 28, 2025, Mr. Paz communicated to counsel through his wife that he wished to terminate Mr. Hirst's representation immediately. Consistent with Local Rule 101(2)(a), Mr. Hirst informed Mr. Paz, via email, of his proposed withdrawal and requested that Mr. Paz either ask new counsel to enter an appearance or advise the Clerk that he intends to proceed without counsel. Pursuant to Mr. Paz's expressed desire to terminate Mr. Hirst's representation, Mr. Hirst requests the Court's leave to withdraw as counsel under Local Rule 101. Further, Mr. Hirst respectfully requests that the Court stay any deadlines in this action for thirty (30) days from the date of entry of its Order granting leave to withdraw to permit Mr. Paz time to retain new legal counsel.

Dated: November 29, 2025

Respectfully submitted,

*/s/ Kevin Hirst*
KEVIN HIRST
MSB 1812110173
Blessinger Legal, PLLC
7389 Route 29, Suite 320
Falls Church, VA 22042
Tel: (703)738-4248
Email: khirst@blessingerlegal.com

*Counsel for Defendant*

**CERTIFICATION UNDER LOCAL RULE 101(2)(a)**

Pursuant to Local Civil Rule 101(2)(a), I certify that Defendant's name and last known address is:

Benjamin Filiberto Paz
Register Number 83445-007
Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

I further certify that on November 29, 2025, one day after Mr. Paz communicated his desire to immediately terminate undersigned counsel's representation, counsel provided written notice advising Mr. Paz of his proposed withdrawal and notifying Mr. Paz either to have new counsel enter an appearance or to advise the Clerk that the client will be proceeding without counsel.

*/s/Kevin Hirst*
KEVIN HIRST

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing motion using the Court's CM/ECF system, which will provide service to Plaintiff's counsel. Further, a true and correct copy of the motion will be sent to the Defendant at the following address:

Benjamin Filiberto Paz
Register Number 83445-007
Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

*/s/Kevin Hirst*
KEVIN HIRST