FILED LOGGED ENTERED RECEIVED
MAR 20 2026
CLERK AT GREENBELT
DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

**Honorable Deborah L. Boardman**
District Judge
6500 Cherrywood Lane
Suite 445
Greenbelt, MD 20770

March/12/2026

**Re:** Request for Extension of Time in United States of America vs. Paz,
Case No. 8:23-cv-02801-DLB

Your Honor,

I respectfully request an additional extension of thirty (30) days to retain legal counsel for my defense. Despite my efforts to secure an attorney, I have not yet been able to find one who is able to represent me in this matter.

Because I am currently incarcerated, my ability to contact and communicate with potential attorneys is substantially limited. This situation has made it much more difficult to secure representation within the time previously provided. I want the Court to know that I am relying on family members and friends outside of the facility to assist me in contacting attorneys and helping me find legal representation.

I want to assure the Court that this request is not intended to delay the proceedings in any way but is made in good faith so that I may obtain proper legal counsel and adequately prepare my defense.

For these reasons, I respectfully ask the Court to grant this additional thirty (30) day extension to allow me sufficient time to retain an attorney.

Thank you for your time and consideration.

Respectfully submitted,

Benjamin Paz