**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA, *
*
Plaintiff, * Case No. 8:23-cv-02801-DLB
*
vs. *
*
BENJAMIN FILIBERTO PAZ, *
*
Defendant. *
*
*******

**PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER**
**TO EXTEND THE DISCOVERY PERIOD AND DISPOSITIVE MOTIONS DEADLINE**

Plaintiff moves to modify this Court's scheduling order according to requests set forth, and the reasons articulated, in the accompanying memorandum of law, which is incorporated as if fully set forth herein.

Dated: May 19, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
United States Department of Justice

JENNIFER J. KEENEY
Associate Director
Office of Immigration Litigation

JOHN J. W. INKELES
Chief
Denaturalization Unit

J. MAX WEINTRAUB
Senior Litigation Counsel

By: */s/ Christopher W. Hollis*
CHRISTOPHER W. HOLLIS
Trial Attorney, IL6283101
Denaturalization Unit
Office of Immigration Litigation
Civil Division
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 305-0899
christopher.hollis@usdoj.gov

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I certify that, on May 19, 2026, I caused a copy of the foregoing PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER TO EXTEND THE DISCOVERY PERIOD AND DISPOSITIVE MOTIONS DEADLINE to be filed on the Court's electronic filing system and, also on May 19, 2026, to be sent by U.S. Postal Service and by FedEx to the following addresses of record for *pro se* Defendant.

Benjamin Filiberto Paz
Register No. 83445-007
Federal Correctional Institution Fort Dix
PO Box 2000
Joint Base MDL, NJ 08640

Benjamin Filiberto Paz
Register No. 83445-007
Federal Correctional Institution Fort Dix
5756 Hartford & Pointville Road
Joint Base MDL, NJ 08640

/s/ *Christopher W. Hollis*
CHRISTOPHER W. HOLLIS
United States Department of Justice