**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA, *
*
Plaintiff, * Case No. 8:23-cv-02801-DLB
*
vs. *
*
BENJAMIN FILIBERTO PAZ, *
*
Defendant. *
*

**ORDER**

Upon consideration of Plaintiff's Motion to Modify the Scheduling Order to Extend the Discovery Period and Dispositive Motions Deadline, as well as any oppositions and replies filed in relation to the motion, it is hereby **ORDERED** that the same be, and hereby is, **GRANTED**. Discovery will close four months after the Court's determination on Plaintiff's pending motion for discovery sanctions filed on April 17, 2026, with a dispositive motions deadline of six weeks thereafter**.**

May 26, 2026
DEBORAH L. BOARDMAN
United States District Judge